# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

v.                      **CASE NO. 4:24-CR-00178-BSM-1**

**JON MYCHAEL ENGLISH**                                                     **DEFENDANT**

## PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As the result of his September 10, 2025 guilty plea, Jon Mychael English shall forfeit the following property to the United States, under Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c): one or more rounds of Blazer, 9mm caliber ammunition.

2. The United States Attorney General or a designee (Attorney General) is authorized to seize the above-listed property and to conduct any discovery necessary to identify, locate, or dispose of it. Fed. R. Crim. P. 32.2(b)(3). Further, the Attorney General is authorized to commence any applicable proceeding to comply with statutes governing third party rights.

3. The Attorney General shall publish notice of this order and the United States' intent to dispose of the property. The Attorney General may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the property.

4. Any person, other than English, asserting a legal interest in the property may petition for a hearing without a jury to adjudicate the validity of his or her alleged interest

in the property and for an amendment of this order. *See* 21 U.S.C. § 853(n)(2); 28 U.S.C. § 2461(c). This petition must be filed within thirty days of the final publication of notice or receipt of notice, whichever is earlier. 21 U.S.C. § 853(n)(2).

5. This Preliminary Order of Forfeiture shall become final as to English at the time of sentencing and shall be made part of the sentence and included in the judgment. Fed. R. Crim P. 32.2(b)(4)(A). If no third-party files a timely claim, this order shall become the Final Order of Forfeiture. Fed. R. Crim. P. 32.2(c)(2).

6. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, and any additional facts supporting the petitioner's claim.

7. After the disposition of any motion filed under Federal Rule of Criminal Procedure 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8. The United States shall have clear title to the property following disposition of all third-party interests, or, if none, following the expiration of the period provided for the filing of third-party petitions.

9. Jurisdiction shall be retained herein to enforce this order and to amend it as necessary. *See* Fed. R. Crim. P. 32.2(e).

IT IS SO ORDERED this 19th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE